UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DAVID BIRDWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 1:16-CV-491 |

## **ORDER**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated June 22, 2018, [Doc. 23]. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 12], be denied, and defendant's motion for summary judgment, [Doc. 18], be granted. Neither party has filed any objection to the Report and Recommendation, and the time for doing so has passed.

Thus, after careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation, [Doc. 23] is **ADOPTED** and **APPROVED**. The plaintiff's motion for judgment on the pleadings, [Doc. 12], is **DENIED**, the plaintiff's motion for a new briefing order, [Doc. 20], is **DENIED**, and the defendant's motion for summary judgment, [Doc.18], is **GRANTED**.

ENTER:

                                                                                            s/J. RONNIE GREER  
                                                                             UNITED STATES DISTRICT JUDGE